JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMSBURG NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> 7AZ TRANSPORT, LLC; ANGEL H. ZATARAIN dba AZ TRUCKING, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No. 5:23-cv-01893-SSS-DTBx <br><br> **JUDGMENT** <br><br> **Complaint Filed:**   9/15/24 |

The Motion for Summary Judgment of plaintiff Williamsburg National Insurance Company, submitted to this Court on May 29, 2024, was granted by Order dated October 9, 2024, in favor of plaintiff Williamsburg as to both the complaint and the counterclaim. Plaintiff is awarded its costs of suit.

DATED: October 16, 2024    By: _____
                                                Sunshine S. Sykes
                                                U.S. District Judge